Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Dan Kromat

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Kromat,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company<br>as Administrator and Fiduciary<br>of the Group Benefits Plan of Varian Medical<br>Systems, Inc., and The Group Benefits Plan<br>of Varian Medical Systems, Inc.,<br><br>　　　　　　Defendants. | ACTION NO.: 13-CV-04678 NC<br><br>**STIPULATION AND** ~~PROPOSED~~<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE**<br>**AND RELATED DEADLINES** |

　　1. This is an ERISA long term disability case in which the Court has set the initial case management conference for January 8, 2014, at 10:00 a.m.

　　2. Plaintiff's counsel has sent requests for waiver of service of summons to both defendants, Varian and MetLife. He was contacted by MetLife's in-house counsel on December 2, 2013.

　　3. The parties would like to engage in settlement discussions prior to defendants

---

Stipulation and [~~Proposed~~] Order　　　　　　　1　　　　　　　Case No: 13-4678 NC

having to engage outside counsel to file a formal response to the complaint. Thus, the parties request that the case management conference and associated dates set forth in the Court's Scheduling Order be continued for approximately forty five (45) days.

4. The currently scheduled and proposed dates are as follows:

|  | Scheduled | Proposed |
|---|---|---|
| Meet and Confer re: Initial Disclosures and ADR | 12-18-13 | 2-3-14 |
| Complete Disclosures | 1-1-14 | 2-14-14 |
| Case Management Conference | 1-8-14 | 2-26-14 |

5. Should the parties be unsuccessful in settling this matter, defendants will file a response to the complaint prior to the new Case Management Conference date without the need for formal service of the summons and complaint.

6. In light of the forgoing, good cause exists for the continuance. The parties request that the Court modify its Scheduling Order as set forth above, or to some time thereafter, convenient to the Court and the parties.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: December 12, 2013     By: /s/
Scott Kalkin
Attorneys for Plaintiff

Dated:  December 12, 2013     By: /s/
Michelle McAloon Constandse
Corporate Counsel
MetLife Legal Affairs

Stipulation and [Proposed] Order       2       Case No: 13-4678 NC

**~~PROPOSED~~ ORDER**

Good cause having been shown, the Court hereby modifies its Scheduling Order as set forth above.  Plaintiff must file a consent or declination to proceed before magistrate judge by 12/27/2013. Forms can be found on the Court's website at www.cand.uscourts.gov

IT IS SO ORDERED.

Dated: December 13, 2013

_____
The Honorable Nathanael Cousins



GRANTED
Judge Nathanael M. Cousins

Stipulation and [Proposed] Order              3              Case No: 13-4678 NC