Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Dan Kromat

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Kromat,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company as Administrator and Fiduciary of the Group Benefits Plan of Varian Medical Systems, Inc., and The Group Benefits Plan of Varian Medical Systems, Inc.,<br><br>　　　　　Defendants. | ACTION NO.: 13-CV-04678 NC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

　　　1.  This is an ERISA long term disability case in which the Court had set the initial case management conference for January 8, 2014, at 10:00 a.m.

　　　2.  Pursuant to the parties' request, on or about December 13, 2013, the Court continued the case management conference until February 26, 2013, in order to allow the parties to engage in settlement negotiations.

---

Stipulation and [~~Proposed~~] Order　　　　　　　　　1　　　　　　　　　Case No: 13-4678 NC

3. The parties have been unable to conclude their negotiations because in-house counsel for defendants has been, and still is, in trial.

4. Plaintiff's counsel expects to receive a response to his settlement demand from defense counsel within the next several days.

5. In light of the forgoing and the parties' desire to continue their settlement discussions prior to defendants having to engage outside counsel to file a formal response to the complaint, the parties request that the case management conference and associated dates set forth in the Court's December 13, 2013, Order be continued for approximately thirty (30) additional days.

6. The currently scheduled and proposed dates are as follows:

|  | Scheduled | Proposed |
|---|---|---|
| Meet and Confer re: Initial Disclosures and ADR | 2-3-14 | 3-3-14 |
| Complete Disclosures | 2-14-14 | 3-14-14 |
| Case Management Conference | 2-26-14 | 3-26-14  at 2:00 p.m. |

//

//

//

//

Stipulation and [~~Proposed~~] Order                2                Case No: 13-4678 NC

7. In light of the forgoing, good cause exists for the continuance. The parties request that the Court modify its current scheduling order as set forth above, or to some time thereafter, convenient to the Court and the parties.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: February 18, 2014   By: _____/s/_____
Scott Kalkin
Attorneys for Plaintiff

Dated: February 18, 2014   By: _____/s/_____
Michelle McAloon Constandse
Corporate Counsel
MetLife Legal Affairs

### ~~PROPOSED~~ ORDER

Good cause having been shown, the Court hereby modifies its Scheduling Order as set forth above.

IT IS SO ORDERED.

Dated: February 19, 2014

The _____

[GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

Stipulation and [~~Proposed~~] Order     3     Case No: 13-4678 NC