1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11
12

DAN KROMAT,

Plaintiff,

13

v.

14

METROPOLITAN LIFE INSURANCE
COMPANY AS ADMINISTRATOR AND
FIDUCIARY OF THE GROUP BENEFITS
PLAN OF VARIAN MEDICAL SYSTEMS,
INC., and THE GROUP BENEFITS PLAN
OF VARIAN MEDICAL SYSTEMS, INC.,

15
16
17
18

Defendants.

Case No. 13-cv-04678 NC

**ORDER EXTENDING DEADLINE
FOR SERVICE AND CONTINUING
CASE MANAGEMENT
CONFERENCE**

Re: Dkt. No. 14

19
20

Kromat's request for additional time to serve the defendants, Dkt. No. 14 at 3, is

21

GRANTED under Federal Rule of Civil Procedure 4(m) for good cause shown.  The new

22

deadline to serve the defendants is April 25, 2014.  The case management conference

23

currently set for March 26, 2014 is CONTINUED to June 4, 2014 at 10:00 a.m. in

24

Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

California.

25

IT IS SO ORDERED.

26

Date: March 20, 2014

27

_____
Nathanael M. Cousins
United States Magistrate Judge

28