ROBOOSTOFF & KALKIN
A Professional Law Corporation
SCOTT KALKIN  Bar No. 120791
369 Pine Street, Suite 820
San Francisco, CA  94104
Telephone:     (415) 732-0282
robokalk@earthlink.net

Attorneys for Plaintiff
DAN KROMAT

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY; THE GROUP BENEFITS PLAN OF VARIAN MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN KROMAT,<br><br>                    Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, as Administrator and Fiduciary of the Group Benefits Plan of Varian Medical Systems, Inc., and THE GROUP BENEFITS PLAN OF VARIAN MEDICAL SYSTEMS, INC.,<br><br>                    Defendants. | Case No. 3:13-cv-04678 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>IT IS SO ORDERED AS MODIFIED |

19265311v1

STIP AND [PROPOSED] ORDER TO CONTINUE FURTHER CMC

Plaintiff Dan Kromat and defendants Metropolitan Life Insurance Company and The Group Benefits Plan of Varian Medical Systems, Inc., through their respective attorneys of record, hereby agree and stipulate as follows:

1. On June 30, 2014, following the initial Case Management Conference, the Court set a further Case Management Conference on August 25, 2014, with a Case Management Statement due August 18, 2014.  (ECF No. 27.)

2. The parties agreed to participate in mediation through the Court's ADR program. A mediation is currently scheduled with Katherine Ritchey on August 20, 2014.

3. Because the matter may settle on August 20, 2014, the further Case Management Conference on August 25, 2014 may not be necessary.

4. Plaintiff's counsel is out of the country and unavailable from September 9, 2014 through September 27, 2014.

THEREFORE, the parties respectfully request that the Court continue the further Case Management Conference to October 13, 2014 at 1:30 p.m.  A Case Management Statement will be due October 6, 2014.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

DATED:  August 11, 2014         ROBOOSTOFF & KALKIN

By: */s/ Scott Kalkin* (as authorized on 8/11/2014)
Scott Kalkin
Attorneys for Plaintiff
DAN KROMAT

DATED:  August 11, 2013         SEDGWICK LLP

By: */s/ Erin A. Cornell*
Mark J. Hancock
Erin A. Cornell
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
THE GROUP BENEFITS PLAN OF VARIAN MEDICAL SYSTEMS, INC.

**ORDER**

Pursuant to the stipulation of the parties and good cause found herein,

IT IS HEREBY ORDERED that the further Case Management Conference currently set for August 25, 2014 is continued to October 20, 2014 at 1:30 p.m. A Case Management Statement is due October 10, 2014.

IT IS SO ORDERED.

DATED:   08/11/2014



IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA